

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00217-CV

———————————————

IN RE ADAM HORWITZ, Relator

---

Original Proceeding
County Criminal Court No. 4 of Denton County, Texas
Trial Court No. CR-2025-01975-C

---

Before Birdwell, Kerr, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, emergency motion for temporary relief, the State's response, relator's request for leave to amend petition for writ of mandamus, and relator's motion for transcript, and the court is of the opinion that all requested relief should be denied. Accordingly, relator's petition for writ of mandamus, emergency motion for temporary relief, and all other requested relief is denied. We lift our April 9, 2026 stay of all trial court proceedings.

Per Curiam

Delivered: April 22, 2026